**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SONY CORPORATION and
SONY ELECTRONICS, INC.,

*Plaintiffs*,

*v.*

ARRIS INTERNATIONAL PLC,
ARRIS GROUP, INC.,
ARRIS TECHNOLOGY, INC.,
ARRIS ENTERPRISES LLC,
ARRIS SOLUTIONS, INC.,
ARRIS GLOBAL LTD.,
PACE AMERICAS HOLDINGS, INC.,
PACE AMERICAS, LLC,
PACE USA, LLC,
PACE AMERICAS INVESTMENTS, LLC,

*Defendants*.

Case No. 1:17-cv-00890-ELR

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY THIS ACTION**

THIS MATTER having been brought before the Court upon the motion of Defendants ARRIS International plc, ARRIS Group, Inc., ARRIS Technology, Inc., ARRIS Enterprises LLC, ARRIS Solutions, Inc., ARRIS Global Ltd., Pace Americas Holdings, Inc., Pace Americas, LLC, Pace USA, LLC, and Pace Americas

Investments LLC to stay this action pursuant to 28 U.S.C. § 1659(a), and the Court having considered the papers submitted in support of the motion; and good cause appearing;

IT IS on this 27th day of April, 2017, ORDERED that Defendants' motion to stay this action in its entirety pending disposition of a related proceeding before the United States International Trade Commission ("ITC") is GRANTED; and

FURTHER ORDERED that this action is stayed in its entirety, pursuant to 28 U.S.C. § 1659(a), until the determination of the ITC in Investigation No. 337-TA-1049 is no longer subject to judicial review.

Eleanor L. Ross

Hon. Eleanor L. Ross
United States District Judge